TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00007-CV

Sutco, Inc., d/b/a The Sutton Company, Appellant

v.

Riddell Family Partnership, a Texas Limited Partnership, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 98-02711-A, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING 

PER CURIAM

 Appellant, Sutco, Inc., d/b/a The Sutton Company, and appellee, Riddell Family
Partnership, a Texas Limited Partnership, have filed a Joint Motion to Dismiss Appeal as Moot
in this cause. We grant the motion and dismiss this appeal as moot. See Tex. R. App. P.
42.1(a)(1).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Joint Motion

Filed: April 15, 1999

Do Not Publish